## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Paul E Yttrie Jr
                          Plaintiff,

v.                                                Case No.: 3:08−cv−50090
                                                           Honorable Frederick J. Kapala

Michael J. Astrue
                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: Telephonic Status hearing held on 7/29/2008. On court's own motion, USA's Motion to remand [10] is entered and continued to Telephonic Status hearing set for 10/21/2008 at 09:30 AM. Telephoned notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.